**SILVER PEAK SYSTEMS, INC., Appellant**

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

2015-2072

United States Court of Appeals, Federal Circuit.

Decided: October 24, 2017

DARREN EDWARD DONNELLY, Fenwick & West, LLP, Mountain View, CA, argued for appellant. Also represented by JASON E. AMSEL; EMAN SOJOODI, San Francisco, CA.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, ROBERT MCBRIDE.

Before Prost, Chief Judge, Bryson and Wallach, Circuit Judges.

Prost, Chief Judge.

In light of this court's en banc decision in *Aqua Products, Inc. v. Matal*, 872 F.3d 1290 (Fed. Cir. 2017) (en banc), the judgment of the Patent Trial and Appeal Board is vacated and this case is remanded to the Board for further proceedings consistent with *Aqua*.

**VACATED AND REMANDED**